**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Baltimore Division)

| | |
|---|---|
| **ROBERT F. LINDSEY, SR.** | * |
|    **Plaintiff,** | * |
| v. | * Case No. 05-111-JFM |
| **AMERICAN EXPRESS TRAVEL** | * |
| **RELATED SERVICES COMPANY, INC., et al** | |
| | * |
|    **Defendants.** | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF DISMISSAL OF DEFENDANT,**
**AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.**

Robert Lindsey, by his attorneys and pursuant to Fed. R. Civ. P. 41, hereby dismisses the above-captioned Complaint against Defendant, American Express Travel Related Services Company, Inc.

Respectfully submitted,

\_\_\_\_/s/ Adam M. Spence_____
Adam M. Spence, Fed. Bar #14356
Michael J. Lentz, Fed. Bar #26097
The Law Offices of Adam M. Spence, P.C.
105 W. Cheasapeake Avenue, Suite 400
Towson, MD 21204
(410) 823-1881
Telecopier: (443) 836-9181

*Attorneys for Robert Lindsey*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on the 26th day of April, 2005, I caused to be served a copy of the foregoing on the following persons via regular U.S. Mail, postage prepaid:

>Sandy D. Baron, Esq.
>Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
>11921 Rockville Pike
>Rockville, MD  20852
>
>Nathan D. Adler, Esquire
>Neuberger Quinn Gielen Rubin and Gibber P.A.
>One South Street Baltimore, MD 21202
>Baltimore, Maryland 21202-3282
>
>Timothy F. McCormick, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>18th Floor, 300 East Lombard Street
>
>Mr. Joseph Diaz
>American Express
>Corporate Counsel's Office
>3200 Commerce Parkway
>Miramar, FL 22035

>_____/s/ Adam M. Spence_____
>Adam M. Spence