**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT F. LINDSEY, SR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION: 05-111-JFM |
| ) | |
| AMERICAN EXPRESS TRAVEL RELATED ) | |
| SERVICES COMPANY, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### STIPULATION OF DISMISSAL

Plaintiff and Defendants, Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services LLC, incorrectly identified in the complaint as Equifax Information Inc., stipulate and agree that:

1. Plaintiff's complaint against Experian Information Solutions, Inc., Equifax Information Services LLC and Trans Union LLC is hereby dismissed with prejudice with each party bearing their own attorney's fees and costs.

Respectfully Submitted,

/s/
Adam M. Spence
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, Suite 400
Towson, Maryland 21204
410-823-1881
Attorneys for Plaintiff

/s/
Sandy David Baron, Esquire,
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland
301-255-0547
Attorneys for Experian Information Systems, Inc.

/s/
Nathan D. Adler, Esquire
Neuberger Quinn Gielen Rubin
and Gibber P.A., One South Street
Baltimore, Maryland 21202-3282
410-332-8516
Attorneys for Equifax Information
Services LLC

/s/
Timothy F. McCormick.
Ballard Spahr Andrews & Ingersoll, LLP
18th Floor, 300 East Lombard Street
Baltimore, MD 21202
410-528-5600
Attorneys for Trans Union LLC

IT IS SO ORDERED:

_____
Judge, United States District Court